IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS DANGERFIELD,  Plaintiff,  v.  SNIDER TIRE, INC. d/b/a SNIDER FLEET SOLUTIONS,  Defendant. | CIVIL ACTION NO.: 4:21-cv-17 |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for both Plaintiff and Defendant on September 1, 2021, wherein the parties stipulate to the dismissal of all claims in this case with prejudice, with each part to bear its own costs. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own costs. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 30th day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA